# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LION ROCK LICENSING CORPORATION

v.

SPECIALTY BUTTER LLC, BUTTER EMPORIUM LLC
and LEVI GIL SHOSHAN

Case No. 1:26-cv-01754

Hon. Paul L. Maloney

TO: LEVI GIL SHOSHAN

ADDRESS:

1328 Lake Pointe Parkway
Sugar Land, TX 77478

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross + Judd LLP
12900 Hall Road, Suite 200
Sterling Heights, MI 48313
586-303-4139

CLERK OF COURT

_____    _____
By: Deputy Clerk                              Date

## PROOF OF SERVICE

This summons for _____LEVI GIL SHOSHAN_____ was received by me on _____.
(name of individual and title, if any)                                            (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                            (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LION ROCK LICENSING CORPORATION

Case No. 1:26-cv-01754
Hon. Paul L. Maloney

v.

SPECIALTY BUTTER LLC, BUTTER EMPORIUM LLC
and LEVI GIL SHOSHAN

TO: BUTTER EMPORIUM LLC
ADDRESS:
12829 Trinity Drive
Stafford, TX 77477

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross + Judd LLP
12900 Hall Road, Suite 200
Sterling Heights, MI 48313
586-303-4139

CLERK OF COURT

By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____ BUTTER EMPORIUM LLC _____ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LION ROCK LICENSING CORPORATION

Case No. 1:26-cv-01754
Hon. Paul L. Maloney

v.

SPECIALTY BUTTER LLC, BUTTER EMPORIUM LLC
and LEVI GIL SHOSHAN

TO: SPECIALTY BUTTER LLC
ADDRESS:

12829 Trinity Drive
Stafford, TX 77477

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
 P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
 Brian D. Wassom (P60381)
 Warner Norcross + Judd LLP
 12900 Hall Road, Suite 200
 Sterling Heights, MI 48313
 586-303-4139

CLERK OF COURT

By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____SPECIALTY BUTTER LLC_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                          (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address